**Opinion issued February 20, 2025**



In The

# Court of Appeals

For The

## First District of Texas

————————————

**NO. 01-24-00639-CV**

————————————

**KHALEEL DANIELS, Appellant**

**V.**

**TEXAS EXCEL PROPERTY MANAGEMENT SERVICES CORPORATION, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1230941**

---

## MEMORANDUM OPINION

Appellant, Khaleel Daniels, proceeding pro se, filed a notice of appeal from the trial court's August 26, 2024 final judgment. Appellant has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief).

The record in this appeal was due on or before October 25, 2024. The clerk's record was filed on August 28, 2024. On October 25, 2025, the official court reporter for the County Civil Court at Law No. 1 of Harris County notified the Court that no record was taken. Accordingly, appellant's brief was due on November 27, 2024. *See* TEX. R. APP. P. 38.6(a). Appellant failed to timely file a brief.

On December 16, 2024, the Clerk of this Court notified appellant that the time for filing a brief had expired and the appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellant did not adequately respond.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c); 43.2(f). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.